# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1816
Lower Tribunal No. 2022-CA-009908

_____

ALEX MOSES,

Appellant,

v.

BISHOP MOORE CATHOLIC HIGH SCHOOL, INC.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Patricia L. Strowbridge, Judge.

December 23, 2025

PER CURIAM.

   AFFIRMED.

TRAVER, C.J., and WHITE and GANNAM, JJ., concur.


Chad A. Barr, of Chad Barr Law, Altamonte Springs, for Appellant.

Dhillon G. Ramkhelawan and Thomas E. Dukes, III, of McEwan, Martinez, Duke, Hall & Vancol, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED